J. A. KUYKENDALL v. MARX & KEMPNER.

(No. 263, Tex. L. J., vol. 1, p. 196.)

APPEAL from Lee County. Opinion by WHITE, J.

§ 669. *Trial of the right of property in a county other than that in which judgment was rendered; copy of execution as evidence.* It is provided by statute that " in all trials of the right of property under the provisions of this act, in any county other than that in which the writ issued under which the levy was made, the copy of the writ required to be returned by the sheriff or other officer in making the levy shall be received in evidence in like

manner as the original could be." · [Pas. Dig. art. 5315.]
On the trial of this case, a copy of the execution by virtue
of which the levy was made was offered in evidence, and
was objected to by claimant, "because it had thereto no
seal attached, nor copy of a seal." The execution itself
purports to have been authenticated properly by the clerk
of the district court of Galveston county, "with the seal
thereof," as he states in his certificate, and there is little
doubt, we think, that it was so authenticated. The sher-
iff who prepared the copy and certified to its correctness
has omitted to copy the seal. There was no error in
admitting the evidence. [Earle v. Thomas, 14 Tex. 583.]

January 30, 1878.                    Affirmed.